IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                              :
                                                     :    Chapter 13
IDELFONSO RODRIGUEZ, JR.,        :
                                                     :    Bankruptcy No. 22- 11814 (ELF)
                                 Debtor.    :
---------------------------------------------------------x

**NOTICE OF APPEARANCE OF THE CITY OF PHILADELPHIA
COMBINED WITH DEMAND FOR SERVICE OF PAPERS**

TO THE CLERK OF THE BANKRUPTCY COURT:

      Kindly enter the appearance of JOSHUA DOMER, Esquire as counsel of record for creditor the City of Philadelphia and/or Water Revenue Bureau, where applicable, in the above-captioned matter.

      PLEASE TAKE NOTICE that the City of Philadelphia and/or Water Revenue Bureau (the "City"), a creditor and party-in-interest in the above-captioned case, hereby appears in the above-captioned case by its counsel, Joshua Domer, Assistant City Solicitor; such counsel hereby enters their appearance pursuant to Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") and Fed. R. Bankr. P. 9010(b), and such counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007 and § 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the captioned case and served upon the City and to the attorney at the address and telephone number set forth below.

      This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Creditor's rights: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3)

to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Creditor is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor expressly reserves.

                                              Respectfully submitted,

                                              THE CITY OF PHILADELPHIA

Dated: October 11, 2022        By:   /s/ *Joshua Domer*
                                                     JOSHUA DOMER
                                                     Assistant City Solicitor
                                                     PA Attorney I.D. 319190
                                                     Attorney for the City of Philadelphia
                                                            and/or
                                                     Water Revenue Bureau
                                                     City of Philadelphia Law Department
                                                     Municipal Services Building
                                                     1401 JFK Boulevard, 5th Floor
                                                      Philadelphia, PA 19102-1595
                                                     215-686-0519 (phone)
                                                     Email: Joshua.Domer@phila.gov