IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------x
In re:                                            :
                                                  :    In Chapter 13
   IDELFONSO RODRIGUEZ, JR.,         :
                                                  :    Bankruptcy No. 22-11814 (AMC)
                                        Debtor.   :
------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

    Kindly withdraw the City of Philadelphia's Amended Objection to the Proposed Chapter 13 Plan (Document #37) which was filed on January 3, 2023.

                                         Respectfully submitted,

                                         THE CITY OF PHILADELPHIA

Dated: March 15, 2023            By:   /s/ *Joshua Domer*
                                                      JOSHUA DOMER
                                                      Assistant City Solicitor
                                                      PA Attorney I.D. 319190
                                                      Attorney for the City of Philadelphia, and/or
                                                      Water Revenue Bureau
                                                      City of Philadelphia Law Department
                                                      Municipal Services Building
                                                      1401 JFK Boulevard, 5th Floor
                                                      Philadelphia, PA 19102-1595
                                                      215-686-0519 (phone)
                                                      Email: Joshua.Domer@phila.gov