IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>LORI S BASCOME<br><br>Debtor,<br><br>THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-1<br><br>Movant,<br><br>v.<br><br>LORI S BASCOME, and<br>WILLIAM C. MILLER, Chapter 13 Trustee<br><br>Respondents. | Bankruptcy No. 19-11040-elf<br><br>Chapter 13<br><br>Document No. 47, 50 |

## ORDER OF COURT

AND NOW, this 2nd day of ____April____, 2020, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay (Doc. # 52), it is hereby ORDERED that the Stipulation is approved.

Eric L. Frank
U.S. Bankruptcy Court Judge