IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>LORI S BASCOME<br>      Debtor,<br>THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-1,<br>      Movant,<br>   v.<br>LORI S BASCOME, and<br>WILLIAM C. MILLER, Chapter 13 Trustee<br>      Respondents. | Bankruptcy No. 19-11040-elf<br><br>Chapter 13<br><br>Document No. 47, 50 |

ORDER OF COURT

AND NOW, this 19th day of August, 2020, upon consideration of the parties' Stipulation Resolving Motion for Relief from the Automatic Stay (Doc # 80), it is hereby **ORDERED** that the Stipulation is approved.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**