**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA-PHILADELPHIA**

| | |
|---|---|
| In re:<br>Lori S. Bascome,<br>      Debtor.<br>**THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-1,**<br>      Movant.<br>v.<br>Lori S. Bascome,  and<br>Kenneth E. West, Trustee.<br>      Respondents. | Bankruptcy No. 19-11040-elf<br><br>Chapter 13 |

**AFFIDAVIT OF DEFAULT**

STATE OF ____Texas____

COUNTY OF ____Collin____

      PERSONALLY APPEARED before the undersigned officer duly authorized to administer oaths, ____Rosa Berto____, who after being duly sworn deposes and states as follows:

1.

      My name is ____Rose Berto____, and I am an authorized signor for **THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-1,** (hereinafter "Secured Creditor"). As part of my job responsibilities for Secured Creditor, I have personal knowledge of and am familiar with the types of records maintained by Secured Creditor in connection with the account that is the subject of this Affidavit (the "Account") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of Secured Creditor that pertain to the Account and extensions of credit given to Debtor(s) concerning the property securing such Account. I make this Affidavit for under in connection with and Order entered by the Honorable Eric L. Frank on or about August 19, 2020.

2.

On or about January 26, 2022, Secured Creditor sent a Notice of Default to Debtor and Debtor's

Attorney as required by the aforementioned Order. A copy of said Notice of Default is annexed hereto

and made a part hereof as Exhibit "B".

3.

I hereby confirm that the Debtor/ Respondent, **Lori S. Bascome** have  failed to comply with the

aforementioned Order in that Respondent has failed to cure the total arrears owed to Secured Creditor in

the amount of $28,454.31 as required by said order, through March 1, 2022 .

4.

Upon the expiration of fourteen (14) days without the filing of a counter affidavit by the

Debtor disputing the fact of the default, Secured Creditor seeks an order entered lifting the automatic stay.

Further, Affiant sayeth not.

_____
Affiant

SWORN TO AND SUBSCRIBED
BEORE ME THIS __1__ DAY of April 2022



_____
Notary Public
My Commission Expires:  3-11-2024

TORI DANNER
Notary Public, State of Texas
Comm. Expires 03-11-2024
Notary ID 130578720