# SUPPORTING DOCUMENTS



Sara Z. Boriskin, Esquire
Managing Partner, New York Office

900 Merchants Concourse,
Suite 310
Westbury, NY 11590
Phone: 516-280-7675
Fax: 516-280-7674
https://www.raslegalgroup.com

James Robertson, Esquire*
Everett Anschutz, Esquire**
David J. Schneid, Esquire**
John T. Crane, Esquire**

* Deceased
**Not Admitted to Practice in New York

January 26, 2022

**VIA EMAIL brad@sadeklaw.com AND REGULAR MAIL**

**BRAD J. SADEK**
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

**VIA REGULAR MAIL**

**Lori S Bascome**
201 Hansell Road
Newtown Square, PA 19073

RE:    **Debtor(s):  Lori S Bascome**
        **Case No. 19-11040-elf**
        **Notice of Default for Lori S Bascome**

Dear **BRAD J. SADEK** and **Lori S Bascome,**

As you may recall, this firm represents **THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-1**, a secured creditor with respect to the property located at 201 Hansell Road, Newton Square, PA 19073-2508. Please consider this letter as a Notice of Default under the terms of the Stipulation with respect to the Motion for Relief. (DE 80) ("Stipulation").

Our office has been informed that Debtor(s), **Lori S Bascome,** ("Debtors") has failed to make the following payments pursuant to the Stipulation entered by the Court on August 19, 2020. Accordingly, the total amount currently due and owing totals the sum of $23,946.44 with the debtor's regular monthly payment of $3,234.98 becoming due on February 1, 2022.

Pursuant to the terms of the Stipulation, **this default needs to be cured within 10 DAYS (10)**

**days of the date of this Notice.**

| Monthly Payments Past Due 06/01/2021-01/01/2022 8 @ $3,234.98 | $25,879.84 |
|---|---|
| Suspense Balance | $1,933.40 |
| **Total Amount Due to Cure Default:** | **$23,946.44** |

The address where payments should be sent is:

**Carrington Mortgage Services, LLC**
**P.O. Box 3790**
**Anaheim, CA 92806**

Please note, failure to cure this default within ten (10) days from the date of this notice will result in **THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-1** filing an order terminating the automatic stay. **Please notify me once the payment has been sent, and provide me with proof of the payment**.

If you have any questions or wish to discuss this matter in more detail, please contact at me at cwohlrab@raslg.com. Thank you.

Sincerely,

/s/ Charles G. Wohlrab
Charles G. Wohlrab, Esq.

| | | | | | Post Suspense Short Fall Balance | $28,454.31 | | | | | |

| Transaction Type | Transaction Date | Amount Received | Post-petition Due Date | Post Amt Due Per PCN | Contractual Amt Applied | Principal & Interest | Escrow | Posting Over/Short | Credit to Post Suspense | Debit from Post Suspense | Post Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | 2/20/2019 | $0.00 | 2/1/2019 | | | | | | $0.00 | $0.00 | $0.00 |
| Post-Petition | 03/18/19 | $3,122.84 | 3/1/2019 | $3,122.84 | $3,122.84 | $2,400.02 | $722.82 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 04/26/19 | $3,122.84 | 4/1/2019 | $3,122.84 | $3,105.73 | $2,400.02 | $705.71 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 05/31/19 | $3,122.84 | 5/1/2019 | $3,122.84 | $3,122.84 | $2,400.02 | $722.82 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 07/01/19 | $3,122.34 | | | | | | | $3,122.34 | $0.00 | $3,122.34 |
| Post-Petition | 07/31/19 | $3,122.84 | 6/1/2019 | $3,122.84 | $3,122.84 | $2,400.02 | $722.82 | $0.00 | $0.00 | $0.00 | $3,122.34 |
| Post-Petition | 09/03/19 | $3,122.84 | 7/1/2019 | $3,122.84 | $3,122.84 | $2,400.02 | $722.82 | $0.00 | $0.00 | $0.00 | $3,122.34 |
| Post-Petition | 10/15/19 | $3,122.84 | 8/1/2019 | $3,122.84 | $3,122.84 | $2,400.02 | $722.82 | $0.00 | $0.00 | $0.00 | $3,122.34 |
| Post-Petition | 11/29/19 | $3,122.84 | 9/1/2019 | $3,122.84 | $3,122.84 | $2,400.02 | $722.82 | $0.00 | $0.00 | $0.00 | $3,122.34 |
| Post-Petition | 05/07/20 | $3,122.84 | 10/1/2019 | $3,122.84 | $3,122.84 | $2,400.02 | $722.82 | $0.00 | $0.00 | $0.00 | $1,736.84 |
| Post-Petition | 06/01/20 | $3,174.20 | 4/1/2020 | $3,122.84 | $3,122.84 | $2,400.02 | $722.82 | $51.36 | $51.36 | $0.00 | $1,788.20 |
| Post-Petition | 06/01/20 | | | | | | | | $0.00 | $0.00 | $1,788.20 |
| Post-Petition | 07/22/20 | $3,122.84 | 5/1/2020 | $3,173.40 | $3,173.40 | $2,400.02 | $773.38 | -$50.56 | $0.00 | $50.56 | $1,737.64 |
| Post-Petition | 08/28/20 | $3,173.40 | 6/1/2020 | $3,173.40 | $3,173.40 | $2,400.02 | $773.38 | $0.00 | $0.00 | $0.00 | $1,737.64 |
| Post-Petition | 09/30/20 | $3,173.40 | 7/1/2020 | $3,173.40 | $3,173.40 | $2,400.02 | $773.38 | $0.00 | $0.00 | $0.00 | $1,737.64 |
| Post-Petition | 11/02/20 | $3,173.40 | 8/1/2020 | $3,173.40 | $3,173.40 | $2,400.02 | $773.38 | $0.00 | $0.00 | $0.00 | $1,737.64 |
| Post-Petition | 01/04/21 | $3,173.40 | 9/1/2020 | $3,173.40 | $3,173.40 | $2,400.02 | $773.38 | $0.00 | $0.00 | $0.00 | $1,737.64 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Post-Petition | 02/12/21 | $3,173.40 | 10/1/2020 | $3,173.40 | $3,173.40 | $2,400.02 | $773.38 | $0.00 | $0.00 | $0.00 | $1,737.64 |
| Post-Petition | 04/30/21 | $3,234.98 | 11/1/2020 | $3,173.40 | $3,173.40 | $2,400.02 | $773.38 | $61.58 | $61.58 | $0.00 | $1,799.22 |
| Post-Petition | 06/01/21 | $3,234.98 | 12/1/2020 | $3,173.40 | $3,173.40 | $2,400.02 | $773.38 | $61.58 | $61.58 | $0.00 | $1,860.80 |
| Post-Petition | 07/30/21 | $3,234.98 | 1/1/2021 | $3,173.40 | $3,173.40 | $2,400.02 | $773.38 | $61.58 | $61.58 | $0.00 | $1,922.38 |
| Post-Petition | 09/30/21 | $3,234.98 | 2/1/2021 | $3,173.40 | $3,173.40 | $2,400.02 | $773.38 | $61.58 | $61.58 | $0.00 | $1,983.96 |
| Post-Petition | 11/09/21 | $6,408.38 | 3/1/2021 | $3,173.40 | $3,173.40 | $2,400.02 | $773.38 | $3,234.98 | $3,234.98 | $0.00 | $5,218.94 |
| Post-Petition | 11/09/21 | | 4/1/2021 | $3,173.40 | $3,173.40 | $2,400.02 | $773.38 | -$3,173.40 | $0.00 | $3,173.40 | $2,045.54 |
| Post-Petition | 12/23/21 | $3,122.84 | 5/1/2021 | $3,234.98 | $3,234.98 | $2,400.02 | $834.96 | -$112.14 | $0.00 | $112.14 | $1,933.40 |
| Post-Petition | 12/27/21 | $1,962.09 | 6/1/2021 | $3,234.98 | $3,234.98 | $2,400.02 | $834.96 | -$1,272.89 | $0.00 | $1,272.89 | $660.51 |
| Post-Petition Payment Due | 03/24/22 | | 7/1/2021 | $3,234.98 | $3,234.98 | $2,400.02 | $834.96 | -$3,234.98 | $0.00 | $3,234.98 | -$2,574.47 |
| Post-Petition Payment Due | 03/24/22 | | 8/1/2021 | $3,234.98 | $3,234.98 | $2,400.02 | $834.96 | -$3,234.98 | $0.00 | $3,234.98 | -$5,809.45 |
| Post-Petition Payment Due | 03/24/22 | | 9/1/2021 | $3,234.98 | $3,234.98 | $2,400.02 | $834.96 | -$3,234.98 | $0.00 | $3,234.98 | -$9,044.43 |
| Post-Petition Payment Due | 03/24/22 | | 10/1/2021 | $3,234.98 | $3,234.98 | $2,400.02 | $834.96 | -$3,234.98 | $0.00 | $3,234.98 | -$12,279.41 |
| Post-Petition Payment Due | 03/24/22 | | 11/1/2021 | $3,234.98 | $3,234.98 | $2,400.02 | $834.96 | -$3,234.98 | $0.00 | $3,234.98 | -$15,514.39 |
| Post-Petition Payment Due | 03/24/22 | | 12/1/2021 | $3,234.98 | $3,234.98 | $2,400.02 | $834.96 | -$3,234.98 | $0.00 | $3,234.98 | -$18,749.37 |
| Post-Petition Payment Due | 03/24/22 | | 1/1/2022 | $3,234.98 | $3,234.98 | $2,400.02 | $834.96 | -$3,234.98 | $0.00 | $3,234.98 | -$21,984.35 |
| Post-Petition Payment Due | 03/24/22 | | 2/1/2022 | $3,234.98 | $3,234.98 | $2,400.02 | $834.96 | -$3,234.98 | $0.00 | $3,234.98 | -$25,219.33 |
| Post-Petition Payment Due | 03/24/22 | | 3/1/2022 | $3,234.98 | $3,234.98 | $2,400.02 | $834.96 | -$3,234.98 | $0.00 | $3,234.98 | -$28,454.31 |