## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lori S. Bascome <br>                          <u>Debtor</u> <br><br> THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-1 <br>                       <u>Moving Party</u> <br>        vs. <br><br> Lori S. Bascome <br>                       <u>Debtor</u> <br><br> and Kenneth E. West <br>                       <u>Trustee</u> | Chapter 13 <br><br><br> NO. 19-11040 AMC <br><br><br> 11 U.S.C. Section 362 |

## **<u>CERTIFICATION OF DEFAULT</u>**

    I, Denise Carlon, Esquire, attorney for Moving Party, certify that Debtor has defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated February 15, 2023 was served upon the Debtor and Debtor's Attorney on said date. Subsequent to said notice, the Debtor has failed to cure the default.  Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

    March 29, 2023

                                                     <u>/s/ Denise Carlon</u> <br>
                                                     Denise Carlon, Esq. <br>
                                                     KML Law Group, P.C. <br>
                                                     BNY Mellon Independence Center <br>
                                                     701 Market Street, Suite 5000 <br>
                                                     Philadelphia, PA  19106 <br>
                                                     Phone: (215)-627-1322 <br>
                                                     dcarlon@kmllawgroup.com