**KML LAW GROUP, P.C.**
**THE BNY INDEPENDENCE CENTER**
**701 MARKET STREET SUITE 5000**
**PHILADELPHIA, PA 19106**
**www.kmllawgroup.com**

February 15, 2023

Brad J Sadek, Esq.
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

RE:    **NOTICE OF DEFAULT UNDER COURT APPROVED STIPULATION**
THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-1 vs. Lori S. Bascome
Case No. 19-11040 ELF
Last 4 Digits of Loan No. 8751

Dear Sir or Madam:

Please be advised that your client is in default under the terms of the Stipulation that was approved by the Bankruptcy Court. Under the terms of the Stipulation, your client must cure the default within ten (10) days of this Notice.

- Regular mortgage payments for the months of January 2023 through February 2023, in the amount of $3,191.78 per month;
- Less Debtor Suspense credit in the amount of $1,890.20;

**The total due is $4,493.36 and must be received on or February 25, 2023.**

- The monthly payment for March 2023, is/will be due on the 1st day of the month and is not included in the figure listed above.

**NOTICE TO BORROWER:** Please call **your attorney** with any questions. We are **not permitted** under the Rules of Professional Responsibility to speak with you directly.

If you have proof that payments were made, fax that proof to our office at **215-825-6406**. If payment is not made, we will file a Certification with the Court and request relief from the Bankruptcy stay.

KML Law Group, P.C.
/s/Denise Carlon, Esquire
Denise Carlon, Esquire
KML Law Group P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363

cc:    Lori S. Bascome