**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lori S. Bascome<br>     _Debtor_ | |
| | Chapter 13 |
| THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-1<br>     _Movant_<br>vs. | NO. 19-11040 AMC |
| Lori S. Bascome<br>     _Debtor_ | 11 U.S.C. Section 362 |
| and Kenneth E. West<br>     _Trustee_ | |

**ORDER**

  AND NOW, this _____ day of _____, 2023 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on April 3, 2020, it is ORDERED AND DECREED that:

  The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code (if applicable), is modified with respect to the subject premises located at 201 Hansell Road, Newtown Square, PA 19073 ("Property), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale, or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                              _____
                              United States Bankruptcy Judge.