# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-11040-amc

LORI S BASCOME

201 HANSELL ROAD

NEWTOWN SQUARE, PA 19073

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

LORI S BASCOME

201 HANSELL ROAD

NEWTOWN SQUARE, PA 19073

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK AND COOPER LAW FIRM
    1500 JFK BLVD., SUITE 220
    PHILADELPHIA, PA 19102-

                                 /S/ Kenneth E. West

Date: 4/4/2023                        _____

                                    Kenneth E. West, Esquire
                                    Chapter 13 Standing Trustee