United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lori S Bascome  
    Debtor  

Case No. 19-11040-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 17, 2023      Form ID: 167      Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lori S Bascome, 201 Hansell Road, Newtown Square, PA 19073-2508 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 18 2023 00:00:35 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2023 23:56:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: RASEBN@raslg.com | Apr 17 2023 23:56:00 | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 19, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 17, 2023 | Form ID: 167 | Total Noticed: 4 |

on behalf of Debtor Lori S Bascome brad@sadeklaw.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

**BRIAN CRAIG NICHOLAS**

on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS TRUSTEE, et als. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

**CAROL E. MOMJIAN**

on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue cmomjian@attorneygeneral.gov

**CHARLES GRIFFIN WOHLRAB**

on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS TRUSTEE, et als. cwohlrab@raslg.com

**DENISE ELIZABETH CARLON**

on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS TRUSTEE, et als. bkgroup@kmllawgroup.com

**KENNETH E. WEST**

ecfemails@ph13trustee.com  philaecf@gmail.com

**KERI P EBECK**

on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS TRUSTEE, et als. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

**LAUREN BERSCHLER KARL**

on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS TRUSTEE, et als. lkarl@rascrane.com, lbkarl03@yahoo.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lori S Bascome
    Debtor(s)

Case No: 19−11040−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Debtor Lori S Bascome Response to Certification of Default filed by Creditor THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE, et als.

on: 6/13/23

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: 4/17/23

For The Court

Timothy B. McGrath
Clerk of Court

108 − 107
Form 167