Certificate Number: 03088-PAE-DE-038282174

Bankruptcy Case Number: 19-11040



03088-PAE-DE-038282174

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 15, 2024, at 8:05 o'clock AM CDT, Lori S Bascome completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 15, 2024                By:   /s/Doug Tonne

                                      Name:  Doug Tonne

                                      Title: Counselor